| | |
|---|---|
| 1 | Michael Tubach (SB # 145955) |
| | Steven E. Conigliaro (SB # 232102) |
| 2 | O'MELVENY & MYERS LLP |
| | Embarcadero Center West |
| 3 | 275 Battery Street, 26th Floor |
| | San Francisco, CA 94111-3305 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | |
| | Ian Simmons |
| 6 | Benjamin G. Bradshaw (SB #189925) |
| | O'MELVENY & MYERS LLP |
| 7 | 1625 Eye Street, NW |
| | Washington, DC 20006-4001 |
| 8 | Telephone: (202) 383-5300 |
| | Facsimile: (202) 383-5414 |
| 9 | |
| | Attorneys for Defendant |
| 10 | CHEMTURA CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-04-1648 (MJJ) |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: | |
| | STIPULATION AND [PROPOSED] ORDER |
| **C-03-01496 MJJ** | |
| **C-03-01516 MJJ** | |
| **C-03-02477 MJJ** | |
| **C-03-02805 MJJ** | |
| **C-03-03147 MJJ** | |
| **C-03-03418 MJJ** | |
| **C-03-00197 MJJ** | |

     In order to avoid the unnecessary expense of conducting discovery to establish that certain documents produced in this litigation are authentic and admissible under the Federal Rules of Evidence, including without limitation Federal Rules of Evidence 803(6) and/or 807, Defendants Chemtura (f/k/a Crompton) Corporation and Chemtura USA Corporation (f/k/a Uniroyal

1

STIPULATION AND [PROPOSED] ORDER--Master Docket No. C-04-1648 (MJJ)

Chemical Company, Inc.) (collectively, "Chemtura") and Class Plaintiffs Rubber and Engineering Development Company, Standard Rubber Products, Inc., Polymerics, Inc., Schlegel Corporation, Precision Associates, Inc., Monmouth Rubber & Plastics Corp., Industrial Rubber Products L.L.C., and any other named plaintiff subsequently appearing in or participating in this litigation (collectively, "Class Plaintiffs"), stipulate and agree as follows:

1. The documents identified in the attached Exhibit A were created or received as part of the regular business practice of the producing parties;

2. The documents identified in the attached Exhibit A were created at or near the time of the occurrence of the matters set forth therein by, or were made from information transmitted by, a person with knowledge of those matters; and

3. The documents identified in the attached Exhibit A were kept in the course of the producing parties' regularly conducted business activities.

4. Class Plaintiffs and Chemtura therefore stipulate and agree that each of the documents identified in the attached Exhibit A meets the hearsay exception requirements under the Federal Rules of Evidence, including without limitation Rules 803(6) and/or 807, and that each of the documents identified in the attached Exhibit A meets the requirements for authentication or identification pursuant to Federal Rule of Evidence 901 or 902.

5. Class Plaintiffs and Chemtura agree not to challenge or object in these proceedings to the authenticity of any document identified in the attached Exhibit A.

6. Class Plaintiffs and Chemtura also agree not to challenge or object in these proceedings to the admissibility of any document in the attached Exhibit A, or its contents, on any hearsay grounds or on the grounds that the document or the circumstances of its preparation lacks

trustworthiness, while reserving their rights to challenge or object to the admissibility of any document in the attached Exhibit A under Federal Rules of Evidence 402 and/or 403.

7. Class Plaintiffs and Chemtura reserve their rights to supplement the list of documents governed by this stipulation, and Class Plaintiffs and Chemtura agree to meet and confer to negotiate any such supplementation in good faith.

Dated: August 8, 2006

O'MELVENY & MYERS LLP

By: _____
Michael F. Tubach (SB #145955)
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

O'MELVENY & MYERS LLP
Ian Simmons
Benjamin G. Bradshaw (SB #189925)
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5163
Facsimile: (202) 383-5414

*Attorneys for Defendant Chemtura Corporation*

GOLD BENNETT CERA & SIDENER LLP

By: _____
STEVEN O. SIDENER (SB #121062)
JOSEPH M. BARTON (SB #188441)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-mail: sos@gbcslaw.com

3
STIPULATION AND [PROPOSED] ORDER--Master Docket No. C-04-1648(MJJ)

|   |   |
|---|---|
| 1 | COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C. |
| 2 | MICHAEL D. HAUSFELD |
| 3 | 1100 New York Avenue, N.W.<br>West Tower, Suite 500 |
| 4 | Washington, DC 20005<br>Telephone: (202) 408-4600 |
| 5 | Facsimile: (202) 408-4699<br>E-mail: mhausfeld@cmht.com |
| 6 | |
| 7 | *Co-Chairs of Plaintiffs' Executive Committee* |

**IT IS SO ORDERED.**

Dated: ___August 14,_____, 2006

*/s/ Martin J. Jenkins*
**MARTIN J. JENKINS**
**UNITED STATES DISTRICT JUDGE**

4
STIPULATION AND [PROPOSED] ORDER--Master Docket No. C-04-1648(MJJ)